## UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
WILLIAM J. NEALON FEDERAL BLDG. & U.S. COURTHOUSE
235 N. WASHINGTON AVE., P.O. BOX 856
SCRANTON, PA 18501-0856
*Chambers_of_Judge_Edwin_M._Kosik@pamd.uscourts.gov*

**EDWIN M. KOSIK**  
DISTRICT JUDGE

TEL. (570) 207-5730  
FAX. (570) 207-5739

July 18, 2007

Charles McRae  
Reg. No. GV-1349  
Box A  
Bellefonte, PA 16823-0820

***RE: United States v. Charles McRae***  
***MDPA; Criminal No. 3:CR-02-221***

Dear Mr. McRae:

   This is in response to your letter of July 6th on the subject we earlier addressed on April 2, 2007.

   The authorities serving the Court are unanimous in recommending that your request be denied because Mr. Swetz secured a very favorable deal in this Court. I am therefore denying your request.

                                        Sincerely,


                                        ***s/Edwin M. Kosik***
                                        United States District Judge


EMK:mb